# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2342
_____

MARY HOOPER,

   Appellant,

v.

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,

   Appellee.

_____

On appeal from the Public Employee Relations Commission.
Donna M. Poole, Chair.

March 5, 2019

PER CURIAM.

   AFFIRMED.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Robert C. Buschel of Buschel Gibbons, P.A., Fort Lauderdale, for Appellant.

Dwight O. Slater, Ross Marshman, and Alison A. Parker, Department of Business and Professional Regulation, Tallahassee, for Appellee.